# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **NovaStar Mortgage, Inc.** | Case No. 1:07-cv-1511 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | **ALIAS ORDER DIRECTING MASTER COMMISSIONER TO PROCEED WITH FORECLOSURE SALE** |
| **Leslie Young, et al.** | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This cause came on for consideration upon the motion of Plaintiff NovaStar Mortgage, Inc., for an Order directing the foreclosure sale, at public auction, of the subject real property by a master commissioner.

IT APPEARING to the Court that the Default Judgment and Decree in Foreclosure, entered by this Court on August 13, 2007, authorizes the sale of the property located at 940 Dresden Road, Cleveland Heights, OH 44112.

IT FURTHER APPEARING to the Court that a master commissioner should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

IT IS THEREFORE ORDERED that the motion of Plaintiff be and hereby is granted, that execution shall immediately issue on the Default Judgment and Decree in Foreclosure, and that master commissioner Rodger A. Pelagalli is hereby ordered and directed to proceed with the sale of the real property located at 940 Dresden Road, Cleveland Heights, OH 44112 subject to the Notice of Appraisal filed November 1, 2007.

**IT IS SO ORDERED.**

April 1, 2008

s/Christopher A. Boyko
Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

G:\Cases - TM\07-10597\alias motion to sell-080331-FFA.wpd

 /s/  Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-222-4921
Fax:  614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

G:\Cases - TM\07-10597\alias motion to sell-080331-FFA.wpd